AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Zion Rashaun Dukes 3841 leeds Ave W. Charleston SC, 29405
*Plaintiff(s)*

v.

Civil Action No. 1:21-1095-BHH-SVH

Terrance Smalls, Willis Beatty, James Al Cannon
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Terrance Smalls 3841 Leeds Ave N. Charleston S.C. 29405
Willis Beatty 3841 Leeds Ave N. Charleston S.C. 29405
James Al Cannon 3841 Leeds Ave N. Charleston S.C. 29405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Zion Rashaun Dukes
1592286
3841 Leeds Ave.
North Charleston, SC  29405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: May 11, 2021



s/L. Baker
*Signature of Clerk or Deputy Clerk*